# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE**<br>**ON CRIMINAL COMPLAINT** |
| v. | |
| **BRANDON M. BOOGREN** | Case No. **25-mj-610** |

---

| | |
|---|---|
| HONORABLE TIFFANY E. WOELFEL, presiding | Hearing Began: <u>11:05 a.m.</u> |
| Deputy Clerk: Mara | Hearing Ended: <u>11:13 a.m.</u> |
| Hearing Held: June 6, 2025 | Tape Number: Zoom 060625 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel Humble |
| BRANDON M. BOOGREN by: | Thomas Phillip |
| | ☒ FDS ☐ CJA ☐ RET |
| U.S. PROBATION OFFICE by: | Brian Koehler |

Defendant appears via video conference.
☒ Defendant consents to proceed via video from Brown County Jail.

---

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of complaint received by Defendant
　☐ document read; ☒ reading waived

☒ Defendant advised of maximum penalties:
15 years mm-30 years; $250,000; 5 yrs-life SR, $100 SA, $5000 SA if found not indigent.

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

Defendant waives:
☐ Preliminary Hearing
☐ Identity Hearing

Court sets:
☐ Preliminary Hearing:
☐ Identity Hearing:

---

☒ Defendant is ordered temporarily detained. **Detention hearing set for: 6/11/2025 at 2:00 PM.**
Gov't requests a 3-day continuance as to detention.